

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2013

No. 04-12-00772-CV

**W.H. SUTTON**, Arctic Royalty Limited Partnership, Julie S. Mueller, Janet Lee Smith as Trustee of the Janet Lee Smith Family Trust, Anita Louise Davies as Trustee of the Anita Louise Davies Family Trust and Frederick Jackson Bell Jr., et al.,
Appellants

v.

**SM ENERGY COMPANY,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011CVQ001903 D3
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

Appellant's motion to exceed page limits for brief is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2013.

_____
Keith E. Hottle
Clerk of Court